NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON THOMPSON,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 8:17-cv-01912-CJC-KS<br><br>**ORDER CONTINUING TRIAL DATE AND PRE-TRIAL DATES** |

**ORDER**

Based on the Joint Stipulation of the Parties, and good cause appearing therefore, IT IS ORDERED that the following dates be continued as designated:

| EVENT | OLD DATE | NEW DATE |
|---|---|---|
| Pretrial Conference | February 11, 2019 at 3:00 p.m. | December 9, 2019 at 3:00 p.m. |
| Trial | February 19, 2019 at 8:30 a.m. | December 17, 2019 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: January 10, 2019

_____

Hon. Cormac J. Carney

United States District Court Judge