**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DON THOMPSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 8:17-cv-01912-JWH-KSx<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(2) TO CONTINUE COURT'S JURISDICTION OVER SETTLEMENT** |

The Court, having considered the Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties, and upon finding that good cause exists, hereby **ORDERS** as follows:

1. The Joint Stipulation is **GRANTED**.
2. The Court Dismisses the matter pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.
3. The Court retains Jurisdiction over the action for 45 days from the date of this Order.

**IT IS SO ORDERED.**

Dated: December 6, 2021

Hon. John W. Holcomb
United States District Judge